**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Dustin Donley Construction Services, LLC, | ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | Case No. CIV-22-1010-SLP |
| 1. Joseph Aaron Rosenthal, | ) | |
| 2. ASC Group, LLC aka Delta Fund Grp aka DFG, | ) ) | |
| 3. Mathew Robertson, | ) | |
| 4. Nicholas Smith, | ) | |
| 5. James Missry, | ) | |
| 6. Paul Cotogno, | ) | |
| 7. Blaise Cotogno, | ) | |
| 8. Adam Akel, and | ) | |
| 9. Nicholas Winter, | ) | |
| Defendants. | ) | |

## PLAINTIFF'S CONDITIONAL MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY AND BRIEF IN SUPPORT

Plaintiff has filed its Response to Defendant James Missry's Motion to Dismiss for Lack of Personal Jurisdiction (**"Response"**) [Doc. No. 45]. Plaintiff firmly believes Defendant Missry's Motion should be overruled. However, Plaintiff files the instant motion to be considered by the Court in the event the Court is inclined to grant Defendant Missry's Motion [Doc. No. 41].

"When a defendant moves to dismiss for lack of jurisdiction, either party should be allowed discovery on the factual issues raised by that motion." *Sizova v. Nat. Inst. of Standards & Tech.*, 282 F.3d 1320, 1326 (10th Cir. 2002). "[A] refusal to grant discovery constitutes an abuse of discretion if the denial results in prejudice to a litigant." *Id.* "Prejudice is present where pertinent facts bearing on the question of jurisdiction are

1

controverted or where a more satisfactory showing of the facts is necessary." *Id.* (internal quotations and citation omitted); *See also Health Grades, Inc. v. Decatur Mem'l Hosp., 190 Fed. Appx.* 586, 589 (10th Cir. 2006)("While the district court has broad discretion in determining whether to permit jurisdictional discovery, a refusal to grant discovery constitutes an abuse of discretion if either the pertinent jurisdictional facts are controverted or a more satisfactory showing of the facts is necessary.").

As Plaintiff explains in its Response [Doc. No. 45 at pp 10-11] and as Agent Czajkowski has attested [Doc. No. 41-2], Defendants engaged in a complex scheme of fraud and deception involving fake names and entities over a period of years. Therefore, under the circumstances, Plaintiff should be granted leave to conduct jurisdictional discovery in the form of written discovery and depositions of Defendants. Such discovery is the only way to begin to unravel the web of deception that Defendants spun over a period of years, and is the only way to determine precisely which defendants pulled which levers in their fraudulent scheme.

Therefore, in the event the Court is inclined to grant Defendant Missry's motion, Plaintiff respectfully requests leave to conduct jurisdictional discovery in the form of interrogatories, requests for production, and depositions of Defendants.

Respectfully submitted,

_/s Jim D. Dowell_____
Jim D. Dowell, OBA #19447
Jim D. Dowell, P.C.
2315 DOWNS AVENUE SUITE 220
WOODWARD, OKLAHOMA 73801
TELEPHONE: 580-254-0081
FACSIMILE: 580-254-0037
jdowell@dowelllaw.net
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of August, 2025, I caused this document to be filed and served through the ECF system on the following persons:

Gene W. Rosen
Gene Rosen Law Firm, P.C.
200 Garden City Plaza, Suite 405
Garden City, New York 11530
T: (212) 529-3600 Ext. 101
Gene@GeneRosen.com
*Attorney for Defendants Joseph Aaron Rosenthal, ASC Group, and LLC aka Delta Fund Grp aka DFG*

Dylan D. Erwin, OBA #31987
Holladay Chilton & Erwin, PLLC
204 N. Robinson Suite 1550
Oklahoma City, OK 73102
T: (405) 236-2343
derwin@holladaychilton.com
*Attorney for Defendant James Missry*

Fred A. Liebrock, OBA #14146
Phillips Murrah, P.C.
424 NW 10th St. Suite 300
Oklahoma City, OK 73103
T: 405-235-4100
faleibrock@phillipsmurrah.com
*Attorney for Defendant Paul Cotogno*

_/s Jim D. Dowell_____
Jim D. Dowell